IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MELANIE L. GRAYSON, individually and
on behalf of others similarly situated                    PLAINTIFF

v.                          No. 1:14-cv-158-DPM

HOWMEDICA OSTEONICS CORPORATION,
doing business as Stryker Orthopaedics;
STRYKER CORPORATION;
and STRYKER SALES CORPORATION            DEFENDANTS

## JUDGMENT

Stay lifted. Complaint dismissed without prejudice pursuant to Grayson's notice. № 3.

*D.P. Marshall Jr.*
United States District Judge

23 December 2014